IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01297-WDM-CBS

MARY D. WILLIAMS,

    Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC.,
TERRY A. BARCLAY and
DEENA ULRICH,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Unopposed Motion for Leave to Attend Rule 16(b) Scheduling Conference Telephonically (filed November 8, 2005; *doc. no. 16*) is **GRANTED**.

Counsel for Defendants' XO Communications, Inc. and Deena Ulrich may participate telephonically by dialing **303.844.2117** at the scheduled date and time. It is further

**ORDERED** that the court will address Plaintiff's Motion for Extension of Time to Serve Defendant Terry A. Barclay (filed November 8, 2005; *doc. no. 19*) at the scheduling conference set for November 15, 2005.

**DATED:**    November 9, 2005