IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01297-WDM-CBS

MARY D. WILLIAMS,

    Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC.,
TERRY A. BARCLAY and
DEENA ULRICH,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Protective Order (filed December 7, 2005; *doc. no. 28*) is **GRANTED**.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**     December 8, 2005