IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01297-WDM-CBS

MARY D. WILLIAMS,

    Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC.,
TERRY A. BARCLAY and
DEENA ULRICH,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Plaintiff's Motion to Withdraw Two Motions Before the Court (filed December 7, 2005; *doc. no. 30*) is **GRANTED**. Plaintiff's Motion for Extension of Time to Serve Defendant Barclay (filed November 8, 2005; *doc. no. 19*) and Motion for Extension of Time to Respond to Motion to Quash Service as to Defendant Barclay (filed November 11, 2005; *doc. no. 23*) are **DENIED** as **WITHDRAWN**.

The court notes that Defendant Terry Barclay's Motion to Quash Service of Summons by Certified Mail (filed October 24, 2005; *doc. no. 14*) remains pending, as Defendant Barclay is still a named party to this action.

**DATED:**    December 8, 2005