IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-001297-WDM-CBS

MARY D. WILLIAMS,

    Plaintiff,

v.

XO COMMUNICATIONS SERVICES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT BARCLAY ONLY**

---

    The court construes Plaintiff's Motion to Dismiss Defendant Terry A. Barclay with Prejudice and Request for Leave as a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, this case is dismissed with prejudice as to defendant Terry A. Barclay only, each party to pay his or its own costs and attorneys' fees.

    It is further ordered that the motion to amend the complaint is granted.  An amended complaint shall be filed on or before January 27, 2005.  Defendant Terry Barclay's Motion to Quash Service of Summons by Certified Mail is moot.

    DATED at Denver, Colorado, on January 10, 2006.

                                              BY THE COURT:

                                              /s/ Walker D. Miller
                                              United States District Judge

PDF FINAL